LOFLIN and another *against* FOWLER.

*CAINES.* moved, that an *exoneretur* be entered on the bail piece filed in this cause. It appeared, that the defendant had been indicted and convicted for passing counterfeit money, before the Supreme Court of *Vermont*, in *July* last, and was sentenced to the state prison of that state for thirteen years.

*Bail are entitled to an exoneretur, where their principal has been convicted of a felony, and sentenced to imprisonment in the state prison of another state, for a term of years.*

*Foot*, contra.

*Per Curiam.* The defendant has been taken out of the power of his bail, by the judgment of law; he is, in this respect, as if he were dead. The motion for an *exoneretur* ought, therefore, to be granted.

Rule granted.(*a*)

(*a*) Vide *Cathcart* v. *Cannon*, 1 *Johns. Cases*, 28.